Certificate Number: 13983-ILN-DE-034486525

Bankruptcy Case Number: 20-10010



13983-ILN-DE-034486525

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 23, 2020, at 9:06 o'clock AM CDT, Kathleen Hopkins completed a course on personal financial management given by internet by David M. Siegel & Associates, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Northern District of Illinois.

Date: May 23, 2020

By: /s/David M Siegel

Name: David M Siegel

Title: Owner